**Order entered July 31, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00194-CR

**EDWARD LAMAR PORTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00712-T**

## ORDER

The reporter's record was due May 31, 2019. When it was not filed, we notified court reporter Vearneas Faggett by postcard dated June 4, 2019 and directed her to file the reporter's record by July 5, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** the complete reporter's record filed **BY AUGUST 30, 2019**. We caution Ms. Faggett that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE